UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RONDA GENE SIMMONS,** | ) |
| Plaintiff, | ) Case No. CV 12-06060-AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and the case is **remanded** for further administrative proceedings consistent with the memorandum of decision

July 1, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge